AO 238
(REV. 8/93)

ORIGINAL

# United States District Court

FOR THE

291 09 HAWAII

7564 86 CR 03-00216

UNITED STATES OF AMERICA
VS.

JENNINGS, MACK J

BLDG 552 RM 284
SCHOFIELD BRKS HI 96857

Defendant.

**MANDATORY COURT APPEARANCE IS REQUIRED.**

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A1081627 H10 | 03/22/03 |

**ANSWER TO AN INFORMATION**

03 MAY 14 P3:46
DISTRICT OF HAWAII

OFFENSE: DWI

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
at 4 o'clock and 40 min. P M.
SUE BEITIA, CLERK

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

~~Collateral in the Amount of $ may be Forfeited in Lieu of Appearance.~~

Bail set at $100.00 UNSECURED BOND

WALTER A.Y.H. CHINN, CLERK

by ____________________
Deputy Clerk

Date May 13, 2003

U.S. Magistrate Judge Kevin S.C.Chang
*United States Magistrate Judge*

RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| Date | Location |
|---|---|
| | |

DISMISSED
Date: APR 30 2008

Name __________ Title __________ District __________

Date __________ Signature __________

CR03 00216

MAY 13 2003

NW

**United States District Court**
**Violation Notice**

Loc Code: H-10

Violation No: A1081627

Print Officer Name: Clayton, C.

Officer No: C1253

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 22 MAR 03 / 0400

Offense Charged: HRS 291E-61(a)(1)

Place of Offense: Trimble AVE ADJ Bldg 1492

Offense Description: Operating motorvehicle while impaired by Alcohol (.08 grams or less/breath)

| Defendant's Last Name | First Name | M I |
|---|---|---|
| JENNINGS | MACK | J |

Street Address: Bldg #552 Rm # 284

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Schofield BKS | Hi | 96857 | 12 JAN 83 |

| Driver's License No | D L State | Social Security No |
|---|---|---|
| 20232908 | TX | 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 |

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| C64XNP | TX | 1999 | Chevy | Gold |

A1081627

A [X] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address:

Date: TBD

Time:

Collateral (fine): MCA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court) )

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 22 March, 2003 while exercising my duties as a law enforcement officer in the ______ District of Hawaii

Investigation revealed that at approx 0400 Jennings was involved in a Traffic Accident (Trimble/ADJ). During initial contact with Jennings I detected a moderate odor of alcohol emitting from Jennings. Due to the accident scene and potential injury no field sobriety test was conducted. Jennings was advised of the Hawaii implied consent laws and was administered a test of his breath for alcohol with a result of .047%. Jennings was then transported to Tripler AMC where he was treated and released to his unit.

The foregoing statement is based upon

[X] my personal observation [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 22 Mar 03 (Date) ______ Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on ______ Date ______ U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 3/31/2003 13 35 50